**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00968-CV

**DAVID SCOT LYND, Appellant**

**V.**

**BASS PRO OUTDOOR WORLD INC., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-9862-C**

## ORDER

The clerk's record has been filed in this appeal. It contains the trial court's order overruling the contest to appellant's affidavit of indigent. The reporter's record has not yet been filed. Accordingly, the Court **ORDERS** court reporter Janet Wright to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification that no hearings were recorded; or (2) the complete reporter's record, including any exhibits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Janet Wright, official court reporter of the County Court at Law No. 3, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE